UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS NUNEZ,

                Plaintiff,

-v-

ASSET ACCEPTANCE LLC,

                Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/09

No. 09 Civ. 7777 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED THAT the initial conference in the above-captioned matter scheduled for October 27, 2009 at 9:30 a.m. is rescheduled for the same date at 9:00 a.m.

SO ORDERED.

Dated:      October 20, 2009
               New York, New York

                                           RICHARD J. SULLIVAN
                                           UNITED STATES DISTRICT JUDGE